## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-2480-WYD-STV

Sierra Doucett,

    Plaintiff/Movant,

Synchrony Bank f/k/a GE Capital Retail Bank,

    Defendant.

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 23, 2018

                              Respectfully submitted,

                              By: __/s/ Jenny DeFrancisco_____

                              Jenny DeFrancisco, Esq.
                              CT Bar No.: 432383
                              LEMBERG LAW LLC
                              43 Danbury Road, 3rd Floor
                              Wilton, CT 06897
                              Telephone: (203) 653-2250
                              Facsimile: (203) 653-3424
                              E-mail: jdefrancisco@lemberglaw.com
                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 23, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By _/s/ Jenny DeFrancisco_
                  Jenny DeFrancisco, Esq.